

WAL. V. FAR.242

**PLAINTIFFS' RESPONSE TO MOTION FOR SUMMARY JUDGMENT EXHIBIT #1**



WAL V. FAR.248

10



WAL. V. FAR.250

12