



https://scontent-dfw1-1.xx.fbcdn.net/hphotos-xpf1/v/t1.0-9/1977315_10153949

**PLAINTIFFS' RESPONSE TO MOTION FOR SUMMARY JUDGMENT EXHIBIT #3**

