Case: 5:14-cv-00394-JMH-REW  Doc #: 121-4  Filed: 12/09/15  Page: 1 of 5 - Page ID#: 2256

Page 1 of 1

Multi-page document. Select page: 1 2 3

523515

# ARTICLES OF ORGANIZATION

## OF

## ANDERSON STEEL, LLC

For the purposes of forming a limited liability company in Kentucky pursuant to KRS Chapter 275, the undersigned organizer(s) hereby submit(s) the following Articles of Organization to the Secretary of State for filing.

### ARTICLE I

The name of the limited liability company is Anderson Steel, LLC.

### ARTICLE II

The street address of the limited liability company's intitial registered office in Kentucky is 1086 Cornish Lane, Lawrenceburg, Kentucky 40342.

The name of the inital registered agent at that office is John Norris.

### ARTICLE III

The mailing address of the limited liability company's inital principal office is 1086 Cornish Lane, Lawrenceburg, Kentucky 40342.

### ARTICLE IV

The limited liability company is to be managed by its manager, John Norris.

IN TESTIMONY WHEREOF, witness the signature of the organizer(s) this 16th day of July, 2001.

_____
JOHN NORRIS

Multi-page document. Select page: 1 2 3

PLAINTIFFS' RESPONSE TO MOTION FOR SUMMARY JUDGMENT EXHIBIT #4

http://apps.sos.ky.gov/ImageWebViewer/(S(4mwzgeqhpzyc0a553eybxn55))/OBDBDispla...    12/8/2015

Multi-page document. Select page: 1 2 3

STATE OF KENTUCKY      )
                       )
COUNTY OF ANDERSON     )

I S. Marie Hellard, a Notary Public in and for the Commonwealth of Kentucky, do hereby certify that the foregoing Articles of Organization where this day produced before me in the State and County aforesaid, and were signed and acknowledged by JOHN NORRIS as its organizer and manager thereof, to be its free act and voluntary deed.

Witness my hand this _16th_ day of _July_, 2001.

_S. Marie Hellard_
Notary Public, State-at-Large, KY

My Commission Expires: 8/16/04

THIS INSTRUMENT PREPARED BY:

_S. Marie Hellard_
S. MARIE HELLARD, ESQ.
S. MARIE HELLARD, P.S.C.
100 ½ West Court Street
Lawrenceburg, KY 40342
(502) 839-0004

2

Multi-page document. Select page: 1 2 3

Multi-page document. Select page: 1 2 3

## CONSENT TO SERVE AS REGISTERED AGENT FOR

### ANDERSON STEEL, LLC

The undersigned, John Norris does hereby consent to act as the registered agent on behalf of the company.

Signed, this 16th day of July, 2001.

_____
JOHN NORRIS
1986 Cornish Lane
Lawrenceburg, KY 40342

COMMONWEALTH OF KENTUCKY  )
                          )
COUNTY OF ANDERSON        )

The foregoing was subscribed, sworn and acknowledged before me, a Notary Public, in and for the State and County aforesaid, by JOHN NORRIS this 16th day of July, 2001.

_____
NOTARY PUBLIC, STATE AT LARGE, KY

My Commission Expires: 8/16/04

Multi-page document. Select page: 1 2 3

# ANDERSON STEEL, LLC

## General Information

| | |
|---|---|
| Organization Number | 0523515 |
| Name | ANDERSON STEEL, LLC |
| Profit or Non-Profit | Unknown |
| Company Type | KLC - Kentucky Limited Liability Company |
| Status | I - Inactive |
| Standing | B - Bad |
| State | KY |
| File Date | 10/4/2001 |
| Organization Date | 10/4/2001 |
| Last Annual Report | 6/25/2013 |
| Principal Office | 1095 CORNISH LANE<br>LAWRENCEBURG, KY 40342 |
| Managed By | Managers |
| Registered Agent | JOHN NORRIS<br>1086 CORNISH LANE<br>LAWRENCEBURG, KY 40342 |

## Current Officers

| | |
|---|---|
| Manager | John D Norris |

## Individuals / Entities listed at time of formation

| | |
|---|---|
| Organizer | JOHN NORRIS |

## Images available online

Documents filed with the Office of the Secretary of State on September 15, 2004 or thereafter are available as scanned images or PDF documents. Documents filed prior to September 15, 2004 will become available as the images are created.

| | | | | |
|---|---|---|---|---|
| Administrative Dissolution | 9/30/2014 | 1 page | | PDF |
| Annual Report | 6/25/2013 | 1 page | tiff | PDF |
| Annual Report | 7/10/2012 | 1 page | tiff | PDF |
| Annual Report | 6/20/2011 | 1 page | tiff | PDF |
| Annual Report | 6/10/2010 | 1 page | tiff | PDF |
| Annual Report | 6/18/2009 | 1 page | tiff | PDF |
| Annual Report | 3/27/2008 | 1 page | tiff | PDF |
| Annual Report | 6/26/2007 | 1 page | tiff | PDF |
| Principal Office Address Change | 7/11/2006 | 1 page | tiff | PDF |
| Annual Report | 6/22/2006 | 1 page | tiff | PDF |
| Annual Report | 6/14/2005 | 1 page | tiff | PDF |
| Annual Report | 6/2/2003 | 1 page | tiff | PDF |
| Annual Report | 4/9/2002 | 1 page | tiff | PDF |
| Articles of Organization | 10/4/2001 | 3 pages | tiff | PDF |

## Assumed Names

## Activity History

| Filing | File Date | Effective Date | Org. Referenced |
|---|---|---|---|
| Admin Dis. A. report not in | 9/30/2014 | 9/30/2014 | |
| Annual report | 6/25/2013 3:37:56 PM | 6/25/2013 | |
| Annual report | 7/10/2012 10:55:30 AM | 7/10/2012 | |
| Annual report | 6/20/2011 8:17:50 AM | 6/20/2011 | |
| Annual report | 6/10/2010 12:07:12 PM | 6/10/2010 | |
| Annual report | 6/18/2009 8:40:04 AM | 6/18/2009 | |
| Annual report | 3/27/2008 12:42:37 PM | 3/27/2008 | |
| Annual report | 6/26/2007 4:10:46 PM | 6/26/2007 | |
| Principal office change | 7/11/2006 12:41:07 PM | 7/11/2006 | |
| Annual report | 6/22/2006 2:40:28 PM | 6/22/2006 | |
| Add | 10/4/2001 12:46:55 PM | 10/4/2001 | |

## Microfilmed Images

**Microfilm images are not available online. They can be ordered by faxing a Request For Corporate Documents to the Corporate Records Branch at 502-564-5687.**

| | | |
|---|---|---|
| Annual Report | 8/30/2004 | 1 page |
| Annual Report | 6/2/2003 | 1 page |
| Annual Report | 4/9/2002 | 1 page |
| Articles of Organization | 10/4/2001 | 3 pages |