# PROPERTY CARD
Printed 12/9/2015

**Map 057-00-00-029.11**

Desc 11.8868 ACRES & STOCKYARD KY 546
District 01-County    Class Commercial
Accoun 39441
Owner BLUEGRASS MAYSVILLE STOCKYARDS LLC
P O BOX 1023
LEXINGTON KY 40588

Location **AA HIGHWAY 7124**
Building 1 MAYSVILLE STOCKYARD
Year Const **1994**    EffectiveAge 0    BuildingValue 1,075,672

Subdiv AA HIGHWAY    Block    Lot
Date Checke 10/14/2010    Checked By    Date Assessed 1/1/2012
Lot Size    LotSizeSqFt 0.00    LotEstActual    ResType
Frontage 0.00    Depth 0.00    Platt Book    MobType
Acreage 11.88    AcresEstAc    Source    FarmTyp
Neighborhoo Typical    Driveway Paved/Asphalt    Zoning    ComType
Road 2 Lane    Site Conditio Average    Sidewalks    ComTyp2
Topography Rolling    Shape    Drainage
Flood Hazard None    Elect    Gas    Water    Sewer    Land Value 118,868
TenantHouses 0    Barns 0    Avg Height 0.00    Silos 0    GrainBins 0    Fencing 0
No Stories 1.00    MH/Manufact    MH/Model    Patio/Deck
Width 0.00    Length 0.00    MH/Skirting
Garage/Carport    GarType    Pool    Area 40,000.00
GarExterior    Exterior    PoolSize 0.00    GarSize
Neighborhood    Site Cond    Bldg Cond
Structure    Roof Cover    Foundation
Const.Type Steel Frame    Constr. Quality Average/Standard    Tennis Court
Roof Type    BasementSize    Roof Pitch Low
Basement Type    Heat Source    BasementFinish
Heat/Type    Driveway    SupplHeat
Air/Type    Sidewalks
Electricity  Gas  Water  Sewer  Sprinklers  FireAlarm  SpecialImprvmt
Living 0  Dining 0  Kitchn 0  BedRm 0  Bents 0    Living 0.00
FulBth 0  HlfBth 0  Total 0  Firplc 0  Stalls 0    Basement 0.00
                                                  Garage 0.00
                                                  Porch 0.00
                                                  Deck 0.00
                                                  Office 0.00
                                                  Manuf 0.00
                                                  Asphalt 0.00
                                                  Concrete 0.00

| Name | Deed | SaleDate | Sale Price |
|---|---|---|---|
| BLUEGRASS MAYSVILLE STOCKYARDS | 316/249 | 10/01/2006 | 1,250,000 |
| NEW O K LIVESTOCK AUCTION INC |  | 04/01/1994 | 0 |

| Year | Net Taxable | Exemption | Total Taxable | Land | Improvements | Ag Improvements | Land FCV | Imprvmts FCV | Ag Imprvmts FCV | Total FCV |
|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | 1,194,540 | 0 | 1,194,540 | 118,868 | 1,075,672 | 0 | 0 | 0 | 0 | 0 |
| 2015 | 1,194,540 | 0 | 1,194,540 | 118,868 | 1,075,672 | 0 | 0 | 0 | 0 | 0 |
| 2014 | 1,194,540 | 0 | 1,194,540 | 118,868 | 1,075,672 | 0 | 0 | 0 | 0 | 0 |

**PLAINTIFFS' RESPONSE TO MOTION FOR SUMMARY JUDGMENT EXHIBIT #5**