*[Rotated property record card — Montgomery County, Kentucky]*

**PROPERTY RECORD CARD — MONTGOMERY County**

Property Location: Hwy 60 Owingsville Rd. 3025
City: MT STERLING   School District: 00
Parcel ID: 031-00-00-003.00 / 031-00-00-003.00-0001A  11/7/11  3025 Owingsville Rd

**RECORD OF OWNERSHIP**

| Account Number | Name | Address | Date | Deed Reference | Sale Price |
|---|---|---|---|---|---|
| | Gager Gatewood | | 6/83 | 173 117 | 86,240 |
| 434470-01 | Gateway Livestock / Arnett, Ronnie | 2651 Osborne Rd. | | 243-576 | SP |
| | New Gateway Livestock Auction, LLC | PO Box 967, 3020 Owingsville Rd., City | 1/01 | 2K-213 | $1,190,700 |
| 51200-01 | Bluegrass Stockyards East | 325 Federation Dr., Lexington, KY 40511 | 1/4/01 | | $1,639,000 |

**SUBDIVISION NAME:** Gager Gatewood Farms Tract 1
**MOBILE HOME MANUFACTURER AND/OR MODEL:** —
BLOCK / LOT(S) / Plat Book/Page / YEAR / SIZE

**DESCRIPTION**

ACREAGE:
Topography — Class
- Level — I
- Rolling — II
- Hilly — III
- Low — IV
- Natural — V
- Drainage — VI
- Ditch — VII

Road: U.S. Highway / State Highway – Paved / County Rd. – Paved / Dirt / All Weather ☒ / Private

LOT: Improvements
- Sidewalks
- Curbs
- City Water ☒
- Sewer ☒
- Street Type — Gas
- Concrete
- Black Top ☒
- Gravel
- Unimproved

Zoning: Residential / Commercial / Industrial

**LAND**

| Acres | |
|---|---|
| Listed: | 23,630 acres |
| Calculated: | 8 ft. (hwy frontage) |
| Deeded: | 8.76 |
| Estimated: | ☐ By Owner ☐ Other |

**TOBACCO BASE**

**PARCEL SIZE**

| Yr. | Value | Yr. | Value |
|---|---|---|---|
| 87 | 286,240 | | |
| 88 | 486,240 | | |
| 89 | 486,240 | | |
| 92 | 400,000 | | |
| 93 | 400,000 | | |
| 96 | 440,000 | | |
| 99 | 400,000 | | |
| 01 | 1,100,000 | | |
| 03 | 1,700,000 | (200,000 land) |
| 07 | 1,639,000 | | |
| 08 | 1,639,000 | | |
| 10 | 1,570,000 | 320k/1,350,000 |

**PLAINTIFFS' RESPONSE TO MOTION FOR SUMMARY JUDGMENT EXHIBIT #6**

62A005 (5-80)