UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CIVIL ACTION NO. 5:14-CV-394-JMH

ANTHONY WALES, SR., and
TONYA WALES, individually and as
Parents and Guardians of
A.W., JR. an unmarried infant, et al     PLAINTIFFS

vs.

FARMERS STOCKYARDS, INC.
A Kentucky Corporation. Et al   DEFENDANT/THIRD PARTY PLAINTIFF

ELECTRONICALLY FILED
ORDER

This matter having come before the Court on the Defendants' Motion for Summary Judgment, this Court having considered the pleadings of record, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Defendants' Motion for Summary Judgment is hereby OVERRULED.

The Court finds that there is a genuine issue of material fact regarding (1) the circumstances of the Plaintiff, A.W., Jr.'s fall, (2) the design requirements of the 1994 Kentucky Building Code, (3) the elevated walkway located at the Farmer's Stockyards' facility being in compliance with those design requirements, (4) the Amended Complaint outlines alternative causes of action for recovery and (5) The Plaintiffs have demonstrated that they

could prevail before a jury on all of the above issues.

So ORDERED this ____ day of _____, 2015.

_____
Judge, US District Court