```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                       CENTRAL DIVISION at LEXINGTON

ANTHONY WALES, SR.,                )
TONYA WALES, Individually and      )
as parents and guardians of an     )
unmarried infant, Next Friend,     )    Civil Case No.
A.W., Jr.                          )    5:14-cv-394-JMH
                                   )
     Plaintiffs,                   )         ORDER
                                   )
v.                                 )
                                   )
FARMERS STOCKYARDS, INC., et       )
al.,

     Defendants.
```

                                    ***

The parties have filed a proposed agreed order of dismissal [DE 186], indicating that all matters in controversy between the parties have been settled. Accordingly, **IT IS ORDERED**:

(1) that all claims in this action are **DISMISSED WITH PREJUDICE**, each party bearing his or its own costs and attorneys' fees associated with this action.

(2) that all pending motions or requests for relief are **DENIED AS MOOT**;

(3) that all deadlines and scheduled proceedings are **CONTINUED GENERALLY**; and

(4) that the Clerk shall **STRIKE THIS MATTER FROM THE ACTIVE DOCKET**.

This the 18th day of May, 2016.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge